**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

DEBORAH ATSIDIS,

    Plaintiff,

v.                                                                                    Case No:  2:12-cv-324-SPC-DNF

SFC ACQUISITION CORPORATION,
a Florida Corporation, d/b/a
SOUTHWEST FLORIDA COLLEGE,

    Defendant.
_____/

## ORDER

This matter comes before the Court on Plaintiff Deborah Atsidis' Motion to Quash and/or Motion for Protective Order (Doc. #17) filed on May 31, 2013.  Defendant SFC Acquisition Corporation—Plaintiff's former employer—served subpoenas duces tecum upon Plaintiff's nonparty current employers:  the University of Phoenix, Inc. and Iowa College Acquisition, LLC d/b/a Kaplan University.  The subpoenas seek Plaintiff's personnel records and any other records or documents her current employers may have regarding her time with their respective companies.  Plaintiff alleges that these requests are overly broad and seek information that is both irrelevant to the current litigation and inherently confidential.

The Court notices that the subpoena served upon Iowa College Acquisition, LLC, d/b/a Kaplan University was issued from the Southern District of Florida.  Pl.'s Mot. Ex. A (Doc. #17-1).  Additionally, the subpoena served upon the University of Phoenix, Inc. was issued from the Northern District of Florida.  Id.  Because "this Court has no jurisdiction over any subpoena not issued by this Court," Rivertree Landing, LLC v.

Murphy, 2007 WL 3333357, *1 (M.D. Fla. Nov. 9, 2007); Fed. R. Civ. P. 45(c)(3), the motion must be denied.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Deborah Atsidis' Motion to Quash and/or Motion for Protective Order (Doc. #17) is **DENIED.**

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record